UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**TERE NANCE and WHITNEY L. NANCE,**
*individually and as Special Administrators*
*of the Estate of Alexandra Nance, deceased,*

    **Plaintiffs,**

v.

**ADAM SCOTT TAULBEE,** *individually*
*and as police officer for the City of*
*O'Fallon, Illinois*, **and CITY OF O'FALLON,**
**IL,** *a municipal corporation,*

    **Defendants.**                                  No. 12-cv-1144-DRH

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.**   This matter is before the court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting Motion to Dismiss entered by this Court on January 16, 2013 (Doc. 15) and the 60 Day Order (Doc. 17) entered by this Court on January 23, 2013, this case is **DISMISSED** with prejudice.

                                              NANCY J. ROSENSTENGEL,
                                              CLERK OF COURT

                                              BY:      */s/Sara Jennings*
                                                               **Deputy Clerk**

Dated: March 29, 2013

                                  Digitally signed by
                                  David R. Herndon
                                  Date: 2013.03.29
                                  12:03:29 -05'00'
APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT